FILED

Feb 18 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ A.C.          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JAIME ERNESTO ALVAREZ-GONZALEZ,<br><br>              Defendant. | Case No. ___'26 CR0495 RBM___<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 912 – False Personation of an Officer or Employee of the United States |

The grand jury charges:

On or about January 8, 2026, within the Southern District of California, defendant JAIME ERNESTO ALVAREZ-GONZALEZ, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a United States Border Patrol agent, and in such assumed and pretended character did act as such, in that he falsely represented that he was a United States Border Patrol agent, and acted as such by pursuing an actual United States Border Patrol agent and forcing that agent to abandon his law enforcement objective; in violation of Title 18, United States Code, Section 912.

DATED: February 18, 2026.

A TRUE BILL:

████████████████████

ADAM GORDON
United States Attorney

By: _____
SIDDHARTH DADHICH
Assistant U.S. Attorney

SDDH:nlv:San Diego:2/17/26